IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-134-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **JUDGMENT** |
| BARRY LEE WALLS, JR. | ) |

Pursuant to the Order of Forfeiture entered by the Court on April 15, 2015, judgment is hereby entered against defendant, BARRY LEE WALLS, JR., in the amount of $200,000.00. Post-judgment interest shall accrue at the rate of 0.41%.

This 21st day of September, 2015.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE